UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MAR-CONE APPLIANCE PARTS CO.,

                Plaintiff,

                                        ORDER
v.                                           10-CV-999A

MICHAEL MANGAN,
SERVALL COMPANY,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 7, 2012, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiff's motion for voluntary dismissal be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiff's motion for voluntary dismissal is granted.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                            *s/ Richard J. Arcara*
                                            HONORABLE RICHARD J. ARCARA
                                            UNITED STATES DISTRICT JUDGE

DATED: November 26, 2012